**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 10-10205 |
| Plaintiff - Appellee, | 10-10206 |
| v. | D.C. No. 3:09-cr-08113-JAT<br>3:05-cr-00175-JAT |
| LEO LEON EDWARDS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Leo Leon Edwards appeals from the lifetime term of supervised release

imposed following his guilty-plea conviction for failure to register as a convicted

sex offender, in violation of 18 U.S.C. § 2250(a).  We have jurisdiction under 28

U.S.C. § 1291, and we dismiss.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Edwards contends that the district court abused its discretion and failed to explain adequately the imposition of a lifetime term supervised release. The valid and enforceable appeal waiver precludes our review of these contentions. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

**DISMISSED.**